# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00352 |
| Emil Kozeluh, (DOB: XXXXXXXXX) | ) Assigned to: Judge Sharbaugh, Matthew J. |
| Michael Mollo, Jr., (DOB: XXXXXXXX) | ) Assign Date: 11/5/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **Emil Kozeluh:** | |
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building; | |
| 18 U.S.C. § 231(a)(3) - Civil Disorder. | |
| **Michael Mollo, Jr.** | |
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;. | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |
| 18 U.S.C. § 231(a)(3) - Civil Disorder. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/05/2024__

_____
*Judge's signature*

City and state: __Washington, D.C.__    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*