**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      §

    §

V.      §      CASE NO.: 1:24-mj-352

    CAUSE: NO. 21-CR-      §

327      §

    §

MICHAEL MOLLO

## NOTICE OF ATTORNEY APPEARANCE

Anthony Sabatini enters appearance as counsel for the Defendant in the above styled

cause.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2024, I filed the foregoing Notice of Attorney
Appearance using the CM/ECF system which will give electronic notification to all
attorneys of record.

*/s/ Anthony F. Sabatini*